## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| **SHANNON R. BEALL, individually and on behalf of all others similarly situated,** | § § § | **Docket No. 1:15-cv-01741** |
| **Plaintiff,** | § § | |
| **vs.** | § § | **JURY TRIAL DEMANDED** |
| **SST ENERGY CORPORATION** | § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| **Defendant.** | § | |

## PLAINTIFF'S NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Plaintiff hereby gives notice to the Court and all opposing parties that Lindsay R. Itkin is entering her appearance in this matter as additional counsel for Plaintiff.

Lindsay R. Itkin
**FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
713-751-0025 (Telephone)
713-751-0030 (Facsimile)
litkin@fibichlaw.com

Respectfully submitted,

By: */s/ Lindsay R. Itkin*
Michael A. Josephson
State Bar No. 24014780
mjosephson@fibichlaw.com
Lindsay R. Itkin
State Bar No. 24068647
litkin@fibichlaw.com
Andrew Dunlap
State Bar No. 24078444
adunlap@fibichlaw.com
Jessica M. Bresler
State Bar No. 24090008
jbresler@fibichlaw.com
**FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
713-751-0025 – Telephone
713-751-0030 – Facsimile

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 13th day of August 2015.

*/s/ Lindsay R. Itkin*
Lindsay R. Itkin