IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01741-MSK-NYW | Date: | November 5, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| Parties | Counsel |
|---|---|
| SHANNON R. BEALL,<br>ROBERT MCCOMAS,<br>DARWIN LYDDON,<br><br>      **Plaintiffs,**<br><br>v.<br><br>SST ENERGY CORPORATION,<br><br>      **Defendant.** | *Michael Andrew Josephson*<br><br><br><br><br><br><br><br>*Brett Norman Huff*<br>*MaryBeth Schroeder* |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session: 10:30 a.m.

Appearance of counsel.

Discussion held regarding pending motions.

**ORDERED: Plaintiff's Opposed Emergency Motion for Protective Order and Conditional Certification and Notice to Putative Class Members [28] is STRICKEN. Plaintiff may refile as two separate motions on or before November 6, 2015, with no substantive changes to arguments or relief requested. Defendants agree to keep the current response deadline of November 12, 2015 to both motions.**

Plaintiffs shall supplement the computation of damages with a good faith estimate on or before December 7, 2015.

Discussion held regarding status of initial disclosures.

**ORDERED:  Defendant shall supplement its initial disclosures with names of specific individuals on or before November 19, 2015.**

Parties do not believe an ESI protocol will be necessary.

Discussion held regarding procedure for court sponsored settlement.

Each side is allowed:

Ten (10) depositions; including experts, no deposition may exceed one day of seven hours.
Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions, excluding those used for authentication of documents.

Discovery cut-off: May 6, 2016.

Dispositive motion deadline: June 6, 2016.

All parties shall designate principal experts on or before: March 7, 2016.
All parties shall designate rebuttal experts on or before: April 8, 2016.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

**ORDERED: A Status Conference is set for January 12, 2016, at 10:00 a.m. to address further scheduling issues and any discovery issues.**

Parties should follow the practice standards of the presiding judge in all filings for this case.

**TRIAL** The Honorable Marcia S. Krieger will set Trial, Trial Preparation Conference, and Final Pretrial Conference, by minute order after dispositive motions are determined. If no dispositive motions are filed, the parties shall contact Judge Krieger's chambers no later than 10 days of the dispositive motions deadline to obtain trial dates. Failure to do so may result in the case being dismissed.

Parties are advised of informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to

submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  11:12 a.m.          Hearing concluded.          Total time in Court:  00:42

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.