IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01741-MSK-NYW | Date: | January 12, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| SHANNON R. BEALL, individually and on behalf of all others similarly situated, | *Lindsay R. Itkin* |
| **Plaintiffs,** | |
| v. | |
| SST ENERGY CORPORATION, | *Brett Norman Huff* |
| | *MaryBeth Schroeder* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 10:01 a.m.

Appearance of counsel.

Discussion held regarding pending motions.

Discussion and argument held on Motion to Quash Defective Service of Process [8] filed September 11, 2015.

**ORDERED: Motion to Quash Defective Service of Process [8] is DENIED as MOOT.**

Discussion and argument held on Plaintiff's Motion to Strike Certain Affirmative Defenses Under Rule 12(f) [31] filed October 26, 2015.

**ORDERED: Plaintiff's Motion to Strike Certain Affirmative Defenses Under Rule 12(f) [31] is TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Plaintiff's Opposed Emergency Motion for Protective Order [45] filed November 6, 2015.

For the reasons stated on the record, it is

**ORDERED:   Plaintiff's Opposed Emergency Motion for Protective Order [45] is GRANTED in PART and DENIED in PART.  All communication regarding overtime pay and bonuses at issue (including "bottom hole" bonuses, completion bonuses, or curve bonuses) involving Plaintiff Shannon Beall, or the currently identified opt-in Plaintiffs Robert McComus and Darwin Lyndon, will be directed through Plaintiffs' counsel.  In addition, Defendant will be restricted from holding any general staff meetings or sending out memoranda discussing the lawsuit involving putative class members.  No other restrictions will be imposed on Defendant's communications at this time.  Plaintiff may raise any future concerns to the court through the informal discovery procedure, and if appropriate, through formal motions.**

**ORDERED: A further Status Conference is set for March 11, 2016, at 9:00 a.m. to address further scheduling issues, discovery issues, and any pending motions.  Parties shall contact chambers within five (5) days of any determination of Plaintiff's Opposed Amended Emergency Motion for Conditional Certification and Notice to Putative Class members [49] to set an earlier Status Conference, if appropriate.**

Court in Recess:  10:40 a.m.             Hearing concluded.             Total time in Court:  00:39

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.