**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Robert R. Keech          Date:  July 25, 2016
Court Reporter:          Terri Lindblom

Civil Action No. **15-cv-01741-MSK-NYW**

| *Parties*: | *Counsel Appearing:* |
|---|---|
| **SHANNON R. BEALL, individually and on behalf of all others similarly situated**, | Michael A. Josephson |
| Plaintiff, | |
| v. | |
| **SST ENERGY CORPORATION, a Colorado Corporation**, | MaryBeth S. Schroeder |
| Defendant. | |

**COURTROOM MINUTES**

**LAW AND MOTION HEARING**

**9:04 a.m.**     **Court in session.**

Court calls case.

Appearances of counsel.  Michael A. Josephson appears via telephone.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Plaintiff's Unopposed Motion for Leave to Restrict Public Access [ECF Doc. No. 107], filed July 1, 2016, is **GRANTED.**

**ORDER:**   Plaintiff's Unopposed Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit [ECF Doc. No. 106], filed June 30, 2016, is **DENIED WITHOUT PREJUDICE.**

**9:35 a.m.**     **Court in recess.**

**Total Time:   31 minutes.
Hearing concluded.**