**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civ. A. No. 1:15-cv-01741-MSK-NYW

SHANNON BEALL,

    Plaintiff,

v.

SST ENERGY CORPORATION, a Colorado Corporation

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shannon Beall ("Beall") and Defendant SST Energy Corporation ("SST") (together, the "Parties") file this Joint Stipulation of Dismissal with Prejudice, and in support would respectfully show the Court as follows:

The Parties reached an amicable agreement to settle this matter on behalf of Plaintiff Beall and all individuals who filed consents to join this collective action with the Court (collectively, the "Plaintiffs"). The Parties agree that Plaintiffs' claims asserted against Defendant in this Lawsuit should be dismissed with prejudice. Accordingly, the Parties respectfully request that the Court enter an Order of Dismissal with Prejudice that dismisses this Lawsuit in its entirety, and specifically dismisses the claims of Plaintiff Beall and all opt-in Plaintiffs, as follows:

| Name | Opt-in Date |
| --- | --- |
| Beall, Shannon | 8/12/2015 |
| McComas, Robert | 10/26/2015 |
| Lyddon, Darwin | 10/28/2015 |
| Baker, Josiah | 2/16/2016 |
| Easton, Bryan | 2/16/2016 |
| Eggett, Justin | 2/16/2016 |
| Gaalaas, Cory | 2/16/2016 |
| Gibbons, Stuart | 2/16/2016 |
| Isaacson, Garry | 2/16/2016 |
| Luna, Christopher | 2/16/2016 |
| Lundberg, Matthew | 2/16/2016 |
| Padilla, Adam | 2/16/2016 |
| Parks, Zackary | 2/16/2016 |
| Peppin, Rosalio | 2/16/2016 |
| Ross, Nicholas | 2/16/2016 |
| Spil, Alexander | 2/16/2016 |
| Stoeger, Joshua | 2/16/2016 |
| Titeca, Zachary | 2/16/2016 |
| Trankle, Daniel | 2/16/2016 |
| Van Wormer, Dempsey | 2/16/2016 |
| Woods, James | 2/16/2016 |
| Grijalva, Airam | 2/18/2016 |
| Harmon, Merrill | 2/18/2016 |
| Reum, Martel | 2/18/2016 |
| Bosch, Dillon | 2/19/2016 |
| Draper, Matthew | 2/19/2016 |
| Eggett, Matthew | 2/19/2016 |
| Mincey, Steven | 2/19/2016 |
| Whittaker, Dillon | 2/19/2016 |
| Azure, Sheldon | 2/23/2016 |
| Belgarde, Corey | 2/23/2016 |
| Blair, Jimmy | 2/23/2016 |
| Boehm, Cody | 2/23/2016 |
| Breeding, Michael | 2/23/2016 |
| Crabtree, Glenn | 2/23/2016 |
| Culwell, James | 2/23/2016 |

| | |
|---|---|
| Desjarlais, Darien | 2/23/2016 |
| Devish, Donald | 2/23/2016 |
| Edwards, Buff | 2/23/2016 |
| Ferrier, Franklin | 2/23/2016 |
| Fulton, Greggory | 2/23/2016 |
| Heth, Jonathan | 2/23/2016 |
| Humphreys, Michael | 2/23/2016 |
| Johansen, Kevin | 2/23/2016 |
| Kemberling, Scott | 2/23/2016 |
| King, Patrick | 2/23/2016 |
| Kummer, Kyle | 2/23/2016 |
| Lane, Virgil | 2/23/2016 |
| LaRocque Jr., David | 2/23/2016 |
| Luna, Willie | 2/23/2016 |
| Majors, Austin | 2/23/2016 |
| Martinez, Tommy | 2/23/2016 |
| Moore, Jessie | 2/23/2016 |
| Oakhem, Jason | 2/23/2016 |
| Pena, Anthony | 2/23/2016 |
| Rathbun, Lee | 2/23/2016 |
| Rothschiller, Raymond | 2/23/2016 |
| Shepherd, Nicholas | 2/23/2016 |
| Stark, Courtney | 2/23/2016 |
| Taylor, Seth | 2/23/2016 |
| Tibbens, Nickoholas | 2/23/2016 |
| Weston, Derick | 2/23/2016 |
| Yates, Martk | 2/23/2016 |
| Clifford, Doyle | 2/25/2016 |
| Gruneich, Christopher | 2/25/2016 |
| Hoerter, Christopher | 2/25/2016 |
| Lankford, Craig | 2/25/2016 |
| Smith, Arlan | 2/25/2016 |
| Taylor, Shane | 2/25/2016 |
| Torres, Armando | 2/25/2016 |
| Young, Donald | 2/25/2016 |
| Anthony, Warren | 2/26/2016 |
| Coffey, Brian | 2/26/2016 |
| Edmo, Jeffrey | 2/26/2016 |
| Pinela, Nicolas | 2/26/2016 |

| Roush, Tyrell | 2/26/2016 |
|---|---|
| Andrews, Richard | 3/2/2016 |
| Ashcraft, Sean | 3/2/2016 |
| Baker Jr., Duane | 3/2/2016 |
| Bruce, Troy | 3/2/2016 |
| Campbell, Jeffery | 3/2/2016 |
| Denny, Jeffery | 3/2/2016 |
| Guertzgen, Cord | 3/2/2016 |
| Lindstrom, Nathaniel | 3/2/2016 |
| McVey, Michael | 3/2/2016 |
| Mosby, Charles | 3/2/2016 |
| Parish, Shawn | 3/2/2016 |
| Salazar, Leopoldo | 3/2/2016 |
| Swanson, John | 3/2/2016 |
| Tougaw, Quinton | 3/2/2016 |
| Welch, Michael | 3/2/2016 |
| Wheeler, Adam | 3/2/2016 |
| Wiitala, Chad | 3/2/2016 |
| Almodovar, Luis | 3/7/2016 |
| Begay, Dwight | 3/7/2016 |
| Blood, Lucas | 3/7/2016 |
| Boe, Donald | 3/7/2016 |
| Cassady, Kennith | 3/7/2016 |
| Davis, Derick | 3/7/2016 |
| Dolan, Cody | 3/7/2016 |
| Dougherty, Joseph | 3/7/2016 |
| Estriech, Daniel | 3/7/2016 |
| Floyd, Bowdy | 3/7/2016 |
| Fox, Cory | 3/7/2016 |
| Frazier, Ryan | 3/7/2016 |
| Garner, Benjamin | 3/7/2016 |
| Hover, Henry | 3/7/2016 |
| Joseph, James | 3/7/2016 |
| Kenney, Colt | 3/7/2016 |
| King, Maurice | 3/7/2016 |
| Quezada, Michael | 3/7/2016 |
| Reed, William | 3/7/2016 |
| Ross, William | 3/7/2016 |
| Wood, Roman | 3/7/2016 |

| Name | Date |
|---|---|
| Desch, Benjamin | 3/7/2016 |
| Gomez, Jesus | 3/7/2016 |
| Hunting, Cam | 3/7/2016 |
| Keyes, Joshua | 3/7/2016 |
| Needham, Steven | 3/7/2016 |
| Ortiz, Martin | 3/7/2016 |
| Rodriguez, Ruben | 3/7/2016 |
| Sandoval, Jesse | 3/7/2016 |
| Saunders, Caleb | 3/7/2016 |
| Clapp, Robert | 3/15/2016 |
| Farley, Kyle | 3/15/2016 |
| Gugler, Troy | 3/15/2016 |
| Hernandez, Adam | 3/15/2016 |
| Nowlin, Percy | 3/15/2016 |
| Pate, Adam | 3/15/2016 |
| Russell, Joshua | 3/18/2016 |
| Scott, Kory | 3/18/2016 |
| Aagard, Dallas | 3/23/2016 |
| Bahena, Raul | 3/23/2016 |
| Damon, Adam | 3/23/2016 |
| Hill, Sterling | 3/23/2016 |
| Langley, Aaron | 3/23/2016 |
| Marquez, Tino | 3/23/2016 |
| Norcutt, Bryan | 3/23/2016 |
| Peterson, Dale | 3/23/2016 |
| Riggs, Robin | 3/23/2016 |
| Cook, Charles | 3/24/2016 |
| Eckert, Kellen | 3/24/2016 |
| Edick, Daniel | 3/24/2016 |
| Egbert, Oscar | 3/24/2016 |
| Larsen, Kyle | 3/24/2016 |
| Saathoff, Devynn | 3/24/2016 |
| St. Claire, Bradley | 3/24/2016 |
| Strange, Tommy Lee | 3/24/2016 |
| Brayton, Tyler | 3/29/2016 |
| Buck, Ryan | 3/29/2016 |
| Cannon, Bryan | 3/29/2016 |
| Cowell, Clay | 3/29/2016 |
| Dimas, Gilbert | 3/29/2016 |

| | |
|---|---|
| Folau-Pahulu, Vaiomounga | 3/29/2016 |
| Kelley, Christian | 3/29/2016 |
| Klingler Jr., Billy | 3/29/2016 |
| Oldaker, Michael | 3/29/2016 |
| Ortega, Felipe | 3/29/2016 |
| Price, Curtis | 3/29/2016 |
| Sauvageau, Twain | 3/29/2016 |
| Summers, Shawn | 3/29/2016 |
| Tomlinson, Burns | 3/29/2016 |
| Crabtree, Joshua | 4/1/2016 |
| Duval, Robert | 4/1/2016 |
| Martinez, Anthony | 4/1/2016 |
| Pierson, Zachary | 4/1/2016 |
| Reza, Jesus | 4/1/2016 |
| Rivera, Michael | 4/1/2016 |
| Sheridan, Aaron | 4/1/2016 |
| Tomasek, Paul | 4/1/2016 |
| Disney, Robert | 4/6/2016 |
| Goodman, Leonard | 4/6/2016 |
| Ruppe, Michael | 4/6/2016 |
| Stotts, Joshua | 4/6/2016 |
| Terry Jr., Robert | 4/6/2016 |
| Atkinson Jr., Denver | 4/8/2016 |
| Hofer, Joshua | 4/8/2016 |
| Martinez, Shawn | 4/8/2016 |
| Mines, Scott | 4/8/2016 |
| Prather, Thomas | 4/8/2016 |
| Thompson, Michael | 4/8/2016 |
| Wilson, Kevin | 4/8/2016 |
| Bitker, Albert | 4/11/2016 |
| Brayton, Cory | 4/11/2016 |
| Brayton, Colten | 4/11/2016 |
| Herrera, Nicolas | 4/11/2016 |
| Kettering, Jacob | 4/11/2016 |
| King, JJ | 4/11/2016 |
| Martin, Thomas | 4/11/2016 |
| McCracken, Jonathan | 4/11/2016 |
| Morris, Alexander | 4/11/2016 |

| Morrison, Loran | 4/11/2016 |
| --- | --- |
| Payne, Tyler | 4/11/2016 |
| Pierce IV, Earl | 4/11/2016 |
| Reese, James | 4/11/2016 |
| Wentz, Miles | 4/11/2016 |
| Bevans, Brandon | 4/13/2016 |
| Brumblow, David | 4/13/2016 |
| Lansing, Ryan | 4/15/2016 |
| Halford, Logan | 4/22/2016 |
| Snyder, Clinton | 5/6/2016 |
| Henderson, Daniel | 5/26/2016 |
| Lowe, Mark W | 6/7/2016 |
| Serrano, Leon | 8/11/2016 |
| Mitchell, Nicholas | 8/11/2016 |
| Reed, Richard | 8/12/2016 |
| Rodriguez, Luis | 8/23/2016 |

Respectfully submitted,

*/s/Lindsay R. Itkin*
Michael A. Josephson
Lindsay R. Itkin
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone:  713.352.1100
Facsimile:  713.352.3300
mjosephson@mybackwages.com
litkin@mybackwages.com

and

Richard J. (Rex) Burch
Fed. Id. 21615
State Bar No. 24001807
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, TX 77046
713-877-8788 – Telephone
713-877-8065 – Fax

COUNSEL FOR PLAINTIFF SHANNON BEALL

7

By: <u>/s/ *MaryBeth Sobel Schroeder*</u>
MaryBeth Sobel Schroeder
Spectrum Legal Group, LLP
1580 Lincoln Street, Suite 1200
Denver, Colorado 80203
303-296-1400 Telephone
303-302-3088 Facsimile
mbschroeder@s-g-lawyers.com

Brett N. Huff
Huff & Leslie, LLP
2480 Gray Street
Edgewater, Colorado 80214
303-232-3622 Telephone
303-274-0638 Facsimile
bhuff@huffandleslie.com

COUNSEL FOR DEFENDANT SST ENERGY

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 2nd day of May 2017.

<u>/s/ *Lindsay R. Itkin*</u>
**Lindsay R. Itkin**